## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHRYN SACK, | * |
| Plaintiff, | * |
| v. | * |
| | *   Civil Action No. 1:12-cv-00537 (RLW) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING

In accordance with the Court's suggestion, Plaintiff herein files via ECF copies of the five exhibits provided to the Court during the motion hearing held on 19 October 2012.

Date:  October 20, 2012

                          Respectfully submitted,

                          /s/ Kelly B. McClanahan
                        Kelly B. McClanahan, Esq.
                        D.C. Bar #984704
                        National Security Counselors
                        1200 South Courthouse Road
                        Suite 124
                        Arlington, VA  22204
                        301-728-5908
                        240-681-2189 fax
                        Kel@NationalSecurityLaw.org

                        *Counsel for Plaintiff*