UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHRYN SACK**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 12-0537 (RLW) |
| **CENTRAL INTELLIGENCE AGENCY, et al.** | ) |
| **Defendants.** | ) |

**ORDER**

Upon consideration of Defendants' Motion to Sever, the opposition thereto, and the entire record herein, and for reasons explained in the Court's oral ruling on October 19, 2012, it is hereby

**ORDERED** that Defendants' Motion to Sever is **GRANTED**; and it is

**FURTHER ORDERED** that the claims asserted against the Department of Defense (or its components), the Department of Justice (or its components), the Office of Personnel Management (or its components) and the Office of the Director of National Intelligence (or its components) are dismissed from the instant lawsuit without prejudice and, to the extent Plaintiff wishes to proceed with these claims, Plaintiff shall re-file the claims in four separate lawsuits, one against the Department of Defense with respect to the claims against that agency or its components, one against the Department of Justice with respect to the claims against that agency or its components, one against the Office of Personnel Management with respect to the claims against that agency or its components, and one against the Office of the Director of National Intelligence with respect to the claims against that agency or its components; and it is

**FURTHER ORDERED** that Plaintiff is directed to note on the civil cover sheet with

respect to each of these four separate lawsuits that the lawsuits are related to the instant case, Case No. 12-0537 (RLW), which will continue to proceed but only as to the claims asserted against the Central Intelligence Agency as reflected in Counts 1, 2, 3, 4, and 29 of the First Amended Complaint in that action;[1] and it is

**FURTHER ORDERED** that the Central Intelligence Agency shall answer or otherwise respond to the First Amended Complaint under Rule 12 of the Federal Rules of Civil Procedure on or before November 19, 2012; and it is

**FURTHER ORDERED** that the deadline to answer or otherwise respond under Rule 12 of the Federal Rules of Civil Procedure to any Complaint in any newly-filed action shall be 30 days after service as set forth in 5 U.S.C. § 552(a)(4)(C).

                                      **SO ORDERED** this 24th day of October 2012**.**

                                      _____
                                      Robert L. Wilkins
                                      United States District Judge

---

[1] The parties have reported that, during the parties' meet and confer in connection with this proposed order, Plaintiff's counsel represented that Plaintiff has withdrawn Count 27 of the First Amended Complaint which had been asserted against the Central Intelligence Agency. Accordingly, Count 27 of the First Amended Complaint is dismissed.